UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CITY OF BATON ROUGE, ET AL.

VERSUS

CENTROPLEX CENTRE
CONVENTION HOTEL, LLC

CIVIL ACTION

22-94-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated September 11, 2023, to which an *Objection*[3] was filed. The Court considered the objection and after *de novo* review of the record, finds that the principles of comity were properly analyzed and reasonably applied by the Magistrate Judge in reaching his recommendations.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's Motion to Remand[4] is GRANTED and that this case is REMANDED to the 19th Judicial District Court for all further proceedings.

Signed in Baton Rouge, Louisiana, on this 27 day of September, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 32.
[3] Rec. Doc. 33.
[4] Rec. Doc. 10.